OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

02 1R
0006557458
$ 00.40°
MAR 20 2015
MAILED FROM ZIP CODE

3/17/2015
BROUSSARD, KENNETH   Tr. Ct. No. 1451074-A        WR-83,014-01
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court

RECEIVED COPY
RELEASED FROM CUSTODY
HARRIS COUNTY SHERIFF'S OFFICE

Abel Acosta, Clerk

KENNETH BROUSSARD



DD
101